# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

**7 South Morton Avenue**
**Morton, Pennsylvania 19070**
**Ph: 610.690.0801**
**Fax: 610.690.0880**

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site:  www.weisberglawoffices.com
E-Mail:  mweisberg@weisberglawoffices.com

*Wednesday, August 07, 2013*

To:  Judge Mary A. McLaughlin            CC:   Carolyn M. Angelaccio, Esq.
                                                (Via Fax: 215-736-3647)

Fax#:  (267) 299-5071                    Pages:  1, including cover

From:  Graham F. Baird, Esq.

RE:    Tyrone Barnes v. Allstate Property and Casualty Ins. Co. d/b/a Allstate, et al.
       No.: 12-3418

Comments:

    In reference to the deferred status of the above matter, I write to advise that on August 6, 2013, all criminal charges against my client, Tyrone Barnes, have been dismissed by the First Judicial District for the Commonwealth of Pennsylvania.

    We respectfully request this matter be transferred to active status, and also request a brief status conference via telephone to establish a schedule going forward.

    Thank you for your kind consideration of this matter.