IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE BARNES | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ALLSTATE PROPERTY & | : | NO. 12-3418 |
| CASUALTY INSURANCE CO. | | |

**O R D E R**

AND NOW, this 4th day of March, 2014, upon consideration of Plaintiff's request for extension of the discovery deadline and expert report deadline, and after holding a conference call with counsel, IT IS HEREBY ORDERED that the request is GRANTED.

1. Discovery shall be completed on or before March 18, 2014.

2. Plaintiff's Expert Report shall be served on or before March 31, 2014.

3. Defendant's expert report shall be served on or before April 30, 2014.

4. Daubert and dispositive motions shall be filed on or before May 29, 2014, with responses due on June 12, 2014.

5. By separate order, I will schedule a settlement conference for Friday, March 21, 2014.

All other deadlines remain as set forth in the original scheduling order dated September 17, 2013.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE